NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 14 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENRIQUE ZACARIAS DIAZ,

Plaintiff - Appellant,

v.

OREGON DEPARTMENT OF
CORRECTIONS, Health Services; Nurse
WILLIAMS,

Defendants - Appellees.

No. 23-3695

D.C. No. 2:22-cv-00826-YY

MEMORANDUM*

Appeal from the United States District Court
for the District of Oregon
Karin J. Immergut, District Judge, Presiding

Submitted August 19, 2025**

Before: SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Oregon state prisoner Enrique Zacarias Diaz appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs. We have jurisdiction under 28 U.S.C.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Diaz failed to raise a genuine dispute of material fact as to whether Williams was deliberately indifferent in responding to Diaz's episode of low blood glucose. *See id.* at 1057-58 (explaining that a defendant is deliberately indifferent only if the defendant knows of and disregards an excessive risk to inmate health and safety, and that to prevail on a claim involving alternative choices of treatment, the plaintiff must show that the chosen treatment was medically unacceptable under the circumstances).

**AFFIRMED.**